# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **USAA CASUALTY INSURANCE COMPANY**, as Subrogee of Joan Sonnen, | : CIVIL ACTION NO. 1:12-CV-1178 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **METROPOLITAN EDISON COMPANY**, | : |
| **Defendant** | : |

## ORDER

AND NOW, this 22nd day of August, 2012, upon consideration of the motion to dismiss (Doc. 7), filed July 18, 2012 and supporting brief (Doc. 8) filed July 18, 2012, by defendant Metropolitan Edison Company, and upon further consideration of the amended complaint (Doc. 10) filed on August 1, 2012, and it appearing that a party may amend its pleading once as a matter of course within twenty-one (21) days after serving it, or within twenty-one (21) days after service by the opposing party of a motion filed pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, see Fed. R. Civ. P. 15(a)(1)(A)-(B), and the court finding that an amended complaint renders the original complaint a legal nullity, see Snyder v. Pascack Valley Hosp., 303 F.3d 271, 276 (3d Cir. 2002) ("An amended complaint supercedes the original version in providing the blueprint for the future course of the lawsuit."); 6 CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 1476 (2d ed. 1990) ("Once an amended pleading is interposed, the original

pleading no longer performs any function in the case . . . ."), it is hereby ORDERED that:

1. Defendants shall respond to the amended complaint in accordance with the Federal Rules of Civil Procedure.

2. The motion to dismiss the complaint (Doc. 7) is DENIED as moot without prejudice.

          S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge