# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **USAA CASUALTY INSURANCE COMPANY**, a/s/o **JOAN SONNEN**, | : CIVIL ACTION NO. 1:12-CV-1178 |
| Plaintiff, | : **(Chief Judge Conner)** |
| v. | : |
| **METROPOLITAN EDISON COMPANY**, | : |
| Defendant/Third Party Plaintiff, | : |
| v. | : |
| **SCHNEIDER ELECTRIC USA, INC.** f/k/a **SQUARE D COMPANY**, | : |
| Third Party Defendant. | : |

## **ORDER**

AND NOW, this 16th day of July, 2014, upon consideration of the motion *in limine* to exclude the expert testimony of Ronald J. Panunto, P.E., C.F.E.I., C.F.C. (Doc. 56) and the motion for summary judgment (Doc. 58), filed by defendant Metropolitan Edison Company ("Met-Ed") against plaintiff USAA Casualty Insurance Company ("USAA"), and for the reasons discussed in the accompanying memorandum, it is hereby ORDERED that:

1. Met-Ed's motion *in limine* (Doc. 56) is DENIED.

2. Met-Ed's motion for summary judgment (Doc. 58) is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania