# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **USAA CASUALTY INSURANCE COMPANY**, a/s/o **JOAN SONNEN**, : : : **Plaintiff,** : : v. : : **METROPOLITAN EDISON COMPANY**, : : **Defendant/Third Party Plaintiff,** : : v. : : **SCHNEIDER ELECTRIC USA, INC.** f/k/a **SQUARE D COMPANY**, : : **Third Party Defendant.** : | **CIVIL ACTION NO. 1:12-CV-1178**<br><br>**(Chief Judge Conner)** |

## ORDER

AND NOW, this 12th day of August, 2014, upon consideration of the motion *in limine* to exclude the expert testimony of Robert A. Simpson (Doc. 77) and the motion for summary judgment (Doc. 61), filed by third-party defendant Schneider Electric USA, Inc. ("Schneider"), formerly known as Square D Company ("Square D"), against third-party plaintiff Metropolitan Edison Company ("Met-Ed"), and for the reasons discussed in the accompanying memorandum, it is hereby ORDERED that:

1. Schneider's motion *in limine* (Doc. 77) is DENIED.

2. Schneider's motion for summary judgment (Doc. 61) is GRANTED in part and DENIED in part, as follows:

    a. The motion (Doc. 61) is GRANTED with respect to Met-Ed's negligence claim; and

    b. The motion (Doc. 61) is DENIED with respect to Met-Ed's strict liability claim.

3. A revised scheduling order setting this matter for trial shall issue by future order of the court.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania